# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-po-00071-CKD |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| ) | |
| v. ) | |
| ) | |
| JANA L. WELLS, ) | DATE:  May 21, 2020 |
| ) | TIME:  9:30 a.m. |
| Defendant. ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00071-CKD without prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on May 21, 2020, is vacated.

IT IS SO ORDERED.

Dated:  May 20, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE